IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-CR-10014-004 |
| ) | |
| MARCUS S. JORDAN ) | |

## FINAL ORDER OF FORFEITURE

On February 7, 2024, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 354). In the Preliminary Order of Forfeiture Property seized August 10, 2022, at 315 Hughey Street, Waldo, Arkansas:

a. a home-built 'AR-15'-style semi-automatic rifle, bearing no serial number;

b. a Romarm/CUGIR model Draco-C 'AK-47'-style 7.62x39mm semi-automatic pistol, bearing serial number 1969BR4187;

c. a Glock model 21 .45 caliber semi-automatic pistol, bearing serial number UHZ690;

d. a Springfield Armory '1911'-style .45 semi-automatic pistol, bearing serial number N330288;

e. a Radical Firearms model RD-15 'AR-15'-style semi-automatic rifle, bearing serial number RT04141, and an accompanying Tasco 'red-dot' style optic;

f. a Smith & Wesson model SD 40VE .40 caliber semi-automatic pistol, bearing serial number FDD4379, and an accompanying weapon-mounted light;

g. a Glock model 44 .22LR caliber semi-automatic pistol, bearing serial number AFFZ537, and an accompanying weapon-mounted light;

Accordingly, it is hereby ORDERED, DECREED, and ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 7, 2024, shall become final at this time; and

2. The United States is ordered to return the Interarms model Hellpup 'AK-47'-style 7.62x39mm semi-automatic pistol, bearing serial number PAC1157054 21 to its innocent owner.

IT IS SO ORDERED this 4th day of December, 2024.

_____
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE